United States District Court
For the Eastern District of Michigan
Southern Division

| | |
|---|---|
| United States of America,<br><br>　　　　　　　　　Plaintiff,<br>v.<br><br>Susan Clinton<br><br>　　　　　　　　　Defendant. | Criminal No.13-mj-30015<br><br>Judge Unassigned<br><br>Stipulation and Order to Amend Order Setting Conditions of Release |
| Matthew A. Roth (P-58549)<br>Douglas Salzenstein (P-59288)<br>United States Attorneys Office<br>Attorneys for Plaintiff<br>211 W. Fort St., Ste 2001<br>Detroit, Michigan 48226<br>Telephone: 313-226-9186<br>　　　　　　313-226-9196 | Ellen Dennis (P-24400)<br>Law Office of Ellen Dennis<br>Attorney for Defendant Susan Clinton<br>101 S. Ann Arbor St., Ste. 203A<br>Saline, Michigan 48176<br>Telephone: 734 944-5819 |

Stipulation and Order to Amend Order Setting Conditions of Release

Assistant United States Matthew A. Roth, Assistant United States Attorney Douglas Salzenstein, and Ellen Dennis, Attorney for Defendant, Susan Clinton, do hereby stipulate and agree that the court should enter the attached Order to Amend Order Setting Conditions of Release

/s/ Matthew A. Roth\_\_\_\_\_
MATTHEW A. ROTH (P-58549)
Assistant United States Attorney

/s/ Douglas Salzenstein\_\_\_　　　　　　　/s/Ellen Dennis_____
DOUGLAS SALZENSTEIN (P-59288)　　　ELLEN DENNIS (P-24400)
Assistant United States Attorney　　　　　Attorney for Defendant Susan Clinton

Order Amending Order Setting Conditions of Release

The court having reviewed the above noted stipulation and being otherwise fully advised,

**It is Ordered** that Defendant Susan Clinton shall comply with curfew requirements as established by the Supervising Officer, Probation Officer Banks, or other Supervising Officer.

**It is Further Ordered** Defendant Susan Clinton and members of her household may use one computer or connected device at home and may have access to the internet. The computer or connected device must have monitoring equipment, and its use shall be monitored by Supervising Officer, Probation Officer Banks, or other Supervising Officer

**It is Further Ordered** that all other bond conditions shall remain in full force and effect.

SO ODERED.

s/David R. Grand
United States Magistrate Judge

Dated: April 29, 2013

2