UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FILED
AUG 28 2013
CLERK'S OFFICE
U.S. DISTRICT COURT
EASTERN MICHIGAN

UNITED STATES OF AMERICA,

    Plaintiff,

CRIMINAL NO. 13-20568

v.

HONORABLE GERALD E. ROSEN

D-4 SUSAN CLINTON,

    Defendant.

_____/

## WAIVER OF INDICTMENT

I, SUSAN CLINTON, the defendant in this case, understand that I am being charged with the following felony: production of obscene matters for sale or distribution (in violation of 18 U.S.C. § 1465).

I have been informed and understand that any person charged with a federal felony offense has the right to insist that the case proceed by way of an indictment returned by a grand jury. Understanding this, and pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure, I hereby waive any right to prosecution by indictment and consent that the prosecution may be brought by information instead of by indictment.

_____
Susan Clinton
Defendant

_____
Ellen Dennis
Attorney for the Defendant

Dated: August 28, 2013