UNITED STATES DISTRICT COURT<br>
EASTERN DISTRICT OF MICHIGAN<br>
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

           Plaintiff,           CRIMINAL NO. 13-20568

vs.                             HONORABLE GERALD E. ROSEN

D-4  SUSAN CLINTON,

           Defendant.

_____/

## DEFENDANT'S ACKNOWLEDGMENT OF FIRST SUPERSEDING INFORMATION

     I, SUSAN CLINTON, defendant in this case, hereby acknowledge that I have received a copy of the First Superseding Information before entering my plea, and that I have read it and understand its contents.

     I know that if I am convicted or plead guilty, I may be sentenced as follows:

**Count One:**    Up to Five Years' Incarceration and a $250,000 fine.

                                              _/s/ Susan Clinton_____<br>
                                              Susan Clinton<br>
                                              Defendant

## ACKNOWLEDGMENT OF DEFENSE COUNSEL

     I acknowledge that I am counsel for defendant and that I have received a copy of the Standing Order for Discovery and Inspection which requires all pre-trial motions to be filed within twenty (20) days of arraignment.

                                              _/s/ Ellen Dennis_____<br>
                                              Ellen Dennis<br>
                                              Chief Federal Defender

Dated: August 28, 2013