UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

                                 CRIMINAL NO.  13-20568

         Plaintiff,       HONORABLE GERALD ROSEN

v.

D-4, SUSAN CLINTON,

         Defendant.
_____/

## ORDER GRANTING IN PART DEFENDANT'S MOTION FOR MODIFICATIONS OF PRETRIAL RELEASE

On August 28, 2013 after a plea hearing, defendant's counsel made an oral motion to modify the conditions of pretrial release.  For the reasons stated on the record,

IT IS HEREBY ORDERED that the motion is GRANTED IN PART. The pretrial release condition of electronic monitoring shall be removed.

IT IS FURTHER ORDERED that the Court will consider further modifications after the filing of motion or stipulation and review of the Pretrial Services Officer's report by the Court.

SO ORDERED.


Dated:  August 28, 2013        S/Gerald E. Rosen
                                        Chief Judge, United States District Court

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on August 28, 2013, by electronic and/or ordinary mail.

                                      S/Julie Owens
                                      Case Manager, (313) 234-5135