# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　　Plaintiff,<br>v.<br>SUSAN CLINTON,<br>　　　　　　Defendant. | Criminal No.13-20568<br><br>Judge Gerald R. Rosen |

Stipulation and Order to Amend Order Setting Conditions of Release

Assistant United States Attorney Matthew A. Roth, Assistant United States Attorney Douglas Salzenstein, and Ellen Dennis, Attorney for Defendant, Susan Clinton, do hereby stipulate and agree that the court should enter the attached Order to Amend Order Setting Conditions of Release

/s/ Matthew A. Roth_____
MATTHEW A. ROTH (P-58549)
Assistant United States Attorney

/s/ Douglas Salzenstein___　　　　　　/s/Ellen Dennis_____
DOUGLAS SALZENSTEIN (P-59288)　　ELLEN DENNIS (P-24400)
Assistant United States Attorney　　　　Attorney for Defendant Susan Clinton

## ORDER AMENDING ORDER SETTING CONDITIONS OF RELEASE

The court having reviewed the above noted stipulation and being otherwise fully advised,

**IT IS ORDERED** that Defendant, Susan Clinton, may use computers and telephonic devices to access the internet in connection with her employment at Sky's the Limit, without restriction or monitoring.

　　　　SO ORDERED.

Dated:  February 07, 2014　　　　　　　　s/Gerald E. Rosen_____
　　　　　　　　　　　　　　　　　　　　Chief Judge, United States District Court